**STATE of Maine**

v.

**Daniel LANE.**

Supreme Judicial Court of Maine.

Argued Jan. 10, 1985.

Decided Jan. 14, 1985.

**160**

STATE of Maine

v.

Harold F. NORMAN.

Supreme Judicial Court of Maine.

Argued Jan. 10, 1985.
Decided Jan. 15, 1985.

˙John R. Atwood, Dist. Atty., William R. Anderson, Asst. Dist. Atty. (orally), Belfast, for plaintiff.

Julio DeSanctis (orally), Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Daniel Lane appeals from a judgment of conviction, Superior Court, Waldo County, of operating a motor vehicle after revocation in violation of 29 M.R.S.A. § 2298 (1983–1984). He assigns error in (1) denial of a mistrial, (2) insufficiency of the evidence, and (3) ineffectiveness of counsel in failing to move for a judgment of acquittal at the close of the State's case.

A careful review of the record reveals the court did not err in denying the motion for mistrial and that the evidence was sufficient to support the conviction and withstand a motion for judgment of acquittal at the close of the State's case. *State v. Gilbert*, 473 A.2d 1273, 1275 (Me.1984); *State v. Van Sickle*, 434 A.2d 31, 35 (Me. 1981); M.R.Crim.P. 29(a).

The entry is:

Judgment affirmed.

All concurring.